THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-16 RAJ |
| | ) | |
| Plaintiff, | ) | ORDER TO RETURN PASSPORT |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL OLBERHOLTZER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant Oberholtzer, through counsel, Terrence Kellogg, the Court, having considered the motion, and being familiar with the records and files in this case, NOW THEREFORE,

IT IS HEREBY ORDERED the Clerk of the Court shall return Defendant Daniel Oberholtzer's passport to him upon Defendant Daniel Oberholtzer's appearance at the Clerk's Office for receipt of his passport.

DATED this 11th day of July, 2016.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge