HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Cause No. CR13-16RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| DANIEL OBERHOLTZER, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant's Motion for Termination of Supervised Release. Having considered Defendant's motion, the Government's opposition, and Defendant's reply,

IT IS ORDERED that Defendant's Motion for Termination of Supervised Release (Dkt. #280) is DENIED.

DATED this 29th day of May, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION FOR TERMINATION OF
SUPERVISED RELEASE - 1